# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Alysse L Saucedo          BK NO. 24-02518-HWV

Debtor(s)

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                                               Respectfully submitted,

/s/ *Brent J. Lemon*
Brent Lemon
10 Oct 2024, 12:21:28, EDT

                                          KML Law Group, P.C.
                                          BNY Mellon Independence Center
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA  19106
                                          215-627-1322