# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    ALYSSE L SAUCEDO            CHAPTER 13

           Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE            CASE NO: 1-24-02518-HWV
           Movant
vs.
ALYSSE L SAUCEDO

           Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on October 18, 2024, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Douglas R. Roeder, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case for the following reason(s):

1) A Petition under Chapter 13 was filed on October 2, 2024.

2) The Debtor has not filed the following items or a motion for extension of time to file same pursuant to F.R.B.P. 1007(c).

   **- Form 122C-1 CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD**
   **- Form 122C-2 CHAPTER 13 CALCULATION OF YOUR DISPOSABLE INCOME**
   **- CHAPTER 13 PLAN**

3) If upon receipt of this Motion and the Notice, Debtors file the missing documents on or before the response date specified on said notice, the Motion shall be deemed withdrawn and moot.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case.

           Respectfully submitted,

           /s/ Douglas R. Roeder, Esquire
           ID: 80016
           Attorney for Movant
           Jack N. Zaharopoulos
           Standing Chapter 13 Trustee
           Suite A, 8125 Adams Drive
           Hummelstown, PA 17036
           Phone: (717) 566-6097
           email: droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ALYSSE L SAUCEDO                CHAPTER 13

                                        CASE NO: 1-24-02518-HWV

## NOTICE

NOTICE IS HEREBY GIVEN THAT The debtor(s) filed a Chapter13 Bankruptcy Petition on October 2, 2024.

Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file required documents indicated below.

- **Form 122C-1 CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD**
- **Form 122C-2 CHAPTER 13 CALCULATION OF YOUR DISPOSABLE INCOME**
- **CHAPTER 13 PLAN**

A hearing with the Court has been scheduled for:

Sylvia H. Rambo United States Courthouse          Date: November 20, 2024
Bankruptcy Courtroom 4B
1501 North 6th Street                             Time: 09:35 AM
Harrisburg, PA 17102

Any objection/response to the Trustee's Motion to Dismiss must be filed and served on or before: **November 1, 2024**. If Debtor(s) file the missing documents on or before the stated response date, the Motion shall be deemed withdrawn and moot.

Additionally, if you file and serve an objection/response within the time period, a hearing will be held on the above date. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the Motion without further notice or hearing, and may grant the relief requested.

Dated: October 18, 2024                 Respectfully submitted,

                                        /s/ Douglas R. Roeder, Esquire
                                        ID: 80016
                                        Attorney for Movant
                                        Jack N. Zaharopoulos
                                        Standing Chapter 13 Trustee
                                        Suite A, 8125 Adams Drive
                                        Hummelstown, PA 17036
                                        Phone: (717) 566-6097
                                        email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ALYSSE L SAUCEDO     CHAPTER 13

Debtor(s)     CASE NO: 1-24-02518-HWV

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on October 18, 2024, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served electronically

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA 17102

Served by First Class mail

ALYSSE L SAUCEDO
6524 FAIRFAX DR
HARRISBURG, PA 17111

I certify under penalty of perjury that the foregoing is true and correct.

Date: October 18, 2024     /s/ Vickie Williams
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ALYSSE L SAUCEDO

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

CASE NO: 1-24-02518-HWV

vs.
ALYSSE L SAUCEDO

Respondent(s)

**ORDER DISMISSING CASE**

    Upon consideration of the Trustee's Motion to Dismiss, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED. The Court retains jurisdiction to rule on any timely filed fee application.