# Hello,

FILED
**October 21, 2024**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Wilkes-Barre

I am writing to ask for a reschedule of my court hearing dated 10/22/2024 in BK court. I had a major medical incident occur and will not be able to move around for about a week.

Thank you for your consideration.

Alysse L Saucedo

Case number: 1:24-bk-02518-HWV