FILED
**November 7, 2024**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Wilkes-Barre

Dear Judge,

      I am writing to you to request that you please reconsider my chapter 13 bankruptcy dismissal. It was an error on my part however, I have received my credit counseling and will receive my certificate on Tuesday, November 12th from Advantage CCS. Additionally, I am prepared to pay the filing fee of $313. Thank you so much for your reconsideration.

Thank you,

Alysse Saucedo

Case no 1:24-bk-02518-HWV