United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 24-02518-HWV
Alysse L Saucedo  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 2
Date Rcvd: Nov 05, 2024  Form ID: pdf010  Total Noticed: 10

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5658093 | + | Lakeview M&T Bank, PO Box 619063, Dallas, TX 75261-9063 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: alyssechilds@gmail.com | Nov 05 2024 18:39:00 | Alysse L Saucedo, 6524 Fairfax Dr, Harrisburg, PA 17111-6819 |
| 5658507 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 05 2024 18:39:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 5664932 | | Email/Text: G06041@att.com | Nov 05 2024 18:39:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 5658095 | + | Email/Text: unger@members1st.org | Nov 05 2024 18:39:00 | Members 1st FCU, 5000 Louise Dr, Mechanicsburg, PA 17055-4899 |
| 5658094 | + | Email/Text: Unger@Members1st.org | Nov 05 2024 18:39:00 | Members 1st Federal CU, PO Box 8893, Camp Hill, PA 17001-8893 |
| 5659511 | | Email/Text: bnc-quantum@quantum3group.com | Nov 05 2024 18:39:00 | Quantum3 Group LLC as agent for, Katapult Group Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5663307 | + | Email/Text: bncmail@w-legal.com | Nov 05 2024 18:39:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 5666261 | + | Email/Text: bankruptcy@bbandt.com | Nov 05 2024 18:39:00 | Truist Bank, PO Box 85092, Richmond, VA 23285-5092 |
| 5665098 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Nov 05 2024 18:43:29 | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2024       Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC blemon@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 13 |
| ALYSSE L SAUCEDO, | : | |
| | : | CASE NO. 1:24-bk-02518-HWV |
| Debtor. | : | |

## ORDER

Upon consideration of the Debtor's request for a 30 day waiver of the credit counseling requirements of 11 U.S.C. § 109(h), Doc. 1, and it appearing that the Debtor failed to provide a reason for such waiver, and after notice and a hearing at which the Debtor failed to appear, it is

**ORDERED** that the request is **DENIED** and the above-captioned case is dismissed for the Debtor's ineligibility to be a debtor under 11 U.S.C. § 109(h).

By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: November 5, 2024