United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                Case No. 24-02518-HWV
Alysse L Saucedo                              Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                             User: AutoDocke                                Page 1 of 1
Date Rcvd: Nov 06, 2024                   Form ID: pdf010                               Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: alyssechilds@gmail.com | Nov 06 2024 18:34:00 | Alysse L Saucedo, 6524 Fairfax Dr, Harrisburg, PA 17111-6819 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2024                        Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC blemon@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

# THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**SYLVIA H. RAMBO US COURTHOUSE**
1501 N. 6TH Street
Harrisburg, PA 17102
(717) 901-2800

Terrence S. Miller
Clerk



**MAX ROSENN U.S. COURTHOUSE**
197 South Main Street, Room 274
Wilkes-Barre, PA 18701
(570) 831-2500

Seth F. Eisenberg
Chief Deputy

November 6, 2024

Alysse L. Saucedo
6524 Fairfax Dr.
Harrisburg, PA 17111

In Re: Alysse L Saucedo
Case No.: 1:24-bk-02518-HWV
Chapter: 13

Dear Debtor:

Please be advised that even though your case has been dismissed, you remain responsible for the unpaid filing fees.

**Your unpaid filing fees total: $ 313.00**

You can pay these fees using any of the following methods:

- [On-line](#) using a debit card;
- a cashier's check; or
- a money order.

Cashier's checks and money orders must be made payable to the "Clerk, United States Bankruptcy Court".

The Clerk's office does not accept cash, personal checks from debtors, or third-party checks.

Please promptly submit your payment.

Sincerely,

Nadine Petrina

*Nadine Petrina*

Financial Administrator